JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JAMES FISHER,<br>   Plaintiff,<br><br>          v.<br><br>UPS SUPPLY CHAIN<br>SOLUTIONS, et al.,<br>   Defendants. | 2:25-cv-02744-DSF-SKx<br><br>JUDGMENT |

The Court having granted a motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  July 1, 2025

                                        Dale S. Fischer
                                        United States District Judge